[No. 27720-4-II. Division Two. February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH JEROME JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01070-2, Karen L. Strombom, J., entered August 3, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 27945-2-II. Division Two. February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK THOMAS MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00448-0, F. Mark McCauley, J., entered January 8, 2002. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Morgan and Bridgewater, JJ.

[No. 28065-5-II. Division Two. February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIN DEWAINE WORKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00557-4, David R. Draper and Toni A. Sheldon, JJ., entered November 13, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28068-0-II. Division Two. February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. C.G., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County County, No. 01-8-01448-7, Paul Boyle, J. Pro Tem., entered November 9, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.